IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LARRY JA'MALE MICHAEL-FERRER,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25- 506 (SCC)<br><br>Violations:<br>18 U.S.C. § 751<br><br>ONE COUNT |

THE GRAND JURY CHARGES

COUNT ONE
Escape
(18 U.S.C. § 751)

On or about August 15, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

LARRY JA'MALE MICHAEL-FERRER,

did knowingly escape from custody in Volunteers of America, Inc. Residential Re-entry Center, where he was lawfully confined at the direction of the Attorney General by virtue of a judgment of the United States District Court for the District of Puerto Rico upon conviction in criminal case number 3:22-CR-343(SCC), in violation of Title 18, United States Code, Section 751.

TRUE BILL,

FOREPERSON
Date: 12/10/2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Deputy Chief, Violent Crimes and National Security Section

Luis Rivera-Méndez
Special Assistant U.S. Attorney

1